**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Lynn Martin and Timothy Gilstrap, Defendants,

Of whom Jessica Lynn Martin is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-001048

---

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2022-UP-423
Submitted November 21, 2022 – Filed November 22, 2022

---

**AFFIRMED**

---

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Rebecca Rush Wray, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Jessica Martin appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Martin's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ. concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.